**Amos Henry JORDAN, Petitioner—Appellant,**

v.

**Alberto R. GONZALES, Attorney General of the United States of America, Respondent—Appellee.**

No. 04–7999.

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 14, 2005.

Amos Henry Jordan, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amos Henry Jordan, a federal prisoner, appeals the district court's order adopting the report and recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jordan v.* *Ashcroft,* CA–04–126–2–20AJ (D.S.C., filed Oct. 29, 2004; entered Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*